United States District Court
Western District of Virginia
Roanoke Division

ANTHONY HARRELL JR.,

    Plaintiff,

Case No. ( clerk to supply )

7:20CV399 Ⓙ

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 10 2020

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

V.

Lieutenant Ealy, correctional officer;
Lieutenant Haney, correctional officer;
Lieutenant LaFave, correctional officer;
Mr. Smallwood, correctional officer;
Mr. Wells, correctional officer;
Mr. Stapleton, correctional officer;
Mr. Kelly, correctional officer;
Mr. S. Turner, correctional officer;
Unknown officer A, correctional officer;
Unknown officer B, correctional officer;

## Civil Complaint

On June 19, 2020 & June 20, 2020 at USP LEE in Pennington Gap, Virginia, the following willful and wanton violations of the Eighth Amendments Cruel and unusual punishments clause occured, and I seek to recover $33,000.00 from each defendant in their individual capacities:

①

Between approximately 2:30 pm and 3:30 pm I was escorted from my cell in C-unit cell # 326 to cell # 313 also in C-unit. (observe I was not uncooperative, submitted to hand restraints and showed no aggressive body language).

Between approximately 3:30 pm and 4:00 pm I was escorted through the corridor. (observe I was not uncooperative and showed no agressive body language).

Between 4:00 pm and 4:07 pm I entered R&D, and then "SHU" (observe I was not uncooperative and showed no agressive body language).

Upon entering "SHU" Lieutenant Harvey and at least Two(2) staff members entered a holding cell with me. (Note: This is not common practice but rather an inmate is normally placed inside a holding cell. The door is secured and hand restraints are removed through a opening within the structure of The door.) I was told to face the wall and to "place my nose on

②

the wall, and don't fucking move" (Lieu-
tenant Haney). I did as I was
instructed. I immediately noticed an
elevated level of agression compared
to when we (staff) were in view
of cameras. Lieutenant Haney then
began to pat the back of my head,
pushing my forehead into the wall
with unnecessary force, asking me-
"So you think black lives matter"?..
"well I am going to show you that
white lives matter".
At this point officer smallwood secured
my right arm just above the elbow,
and at the right wrist; while officer
Kelly secured my left arm, just above
the elbow and at the left wrist.
The hand restraints I was escorted
to "SHU" in were then removed while
both officer Kelly and smallwood
still secured my arms. once released
from hand restraints, with officer
smallwood and Kelly maintaining
constant contact with both

(3)

My left and right arms.
I was instructed by Lieutenant Haney
to put my arms up and to the side.
I gave complete control of my limbs
to officers Smallwood and Kelly, because
I was fully aware of the stories
among the inmate population about
the beatings inmates frequently
receive at the hands of staff, and
I did not want any of my movements
to be considered agressive or resistant,
which I felt would lead to my
assault.
At this point my arms are elevated
to slightly above head level, so that
my body is forming a rough "T"
(Note: From the time Lieutenant Haney
and other staff members escorted me
from C-unit, continuing to our being in
the holding cell I was asked several
times why I was saying - "I can't
breath"- an obvious refrence to George
Floyd - I did not know what Lieutenant
Haney was talking about, because I

④

had not made such a statement, until I received a fabricated incident report composed by officer Woodard of C-unit, and delivered by Lieutenant Avanal on 6-20-20 at 4:30 pm).

From this moment and continuing for roughly the next 23 hours, Mark the most physically painful and degrading experience of my life.

Facing the wall with my arms to the side, two officers controlling each limb and now a third maintaining contact with my back at shoulder-blade level, keeping me against the wall, I was forcefully stripped naked while a sick kind of "simon says" was played with me. My pants and boxers were pulled to my ankels but required me to lift my legs individually out of the pant leg to free my lower extremities from the garmet. One officer may tell me to lift my left leg, while another tapped my

⑤

right leg. When I would begin to lift one leg, someone (Presumably Lieutenant Haney) or (Lieutenant Lafave) would tell me: "mother fucker are you deaf"?; "I said lift your leg" or "why are you lifting that leg, did anyone tell you to do that"? I was confused and trying to comply because, again I did not want any of my movements to be considered agressive or resistant.

"Paper" underwear and pants were placed on my lower extremities covering my nakedness, and then a similar process took place for my upper body. When the "paper" shirt was placed on my head one staff member commented- "look you're KKK", while all present staff members laughed. When officer smallwood was dressing my right arm inside of the right sleeve of the "paper" shirt, he was having some issue maintaining control of my willingly limp arm, and pulling my arm through the sleeve of the shirt. He (mr. smallwood) verbally berated me and became frustrated

(6)

telling me - "put your arm through the shirt you stupid mother fucker". I was hesitant to do so because I would have to extend my arm to do so; none the less I complied and exerted the necessary effort to get my arm through the sleeve. As soon as I did this I heard one of the present Lieutenants (LaFave or Haney) say - "are you assaulting my officer"?! - At that point I was taken to the ground by at least officers Smallwood and Kelly.

I allowed myself to be taken to the ground and resisted in no way.

I was placed on my stomach, w/ officer Smallwood maintaining control of my right arm, and officer Kelly maintaining control of my left arm; this is when the beating started. Officer Smallwood delivered several knees with great force to my right rib cage, and right leg around the thigh area. (I suffered a contusion to the right thigh) He (officer Smallwood) also ripped a patch of hair out of my beard.

⑦

officer Kelly delivered several blows to my back along w/ what felt like at least two other officers that I could not see because another was smashing my face into the concrete with what felt like his full weight. (at this point my eyes were closed some of the time from the pain and from fear, so between my eyes being closed and my face being smashed into the concrete it became a challenge to see who was doing what, I could just "feel" multiple people).

Another unknown officer or officers began kicking and stomping my left rib cage area and back area. Another was standing on my left foot which was facing with the soles of my feet facing to the ceiling. officer Kelly also began plucking chunks of hair from the armpit of my left arm. other unidentified officers were simultaniously punching both my left and right hamstring area.

(8)

(Note: I was able to catch names through subtle movements and the movement process).

During the whole ordeal someone called me a "Nigger". Another said-"fuck black lives, white lives matter"; "Can you breath now mother fucker", "Fuck George Floyd". Another-"Hands up don't shoot".-

I can not gauge how much time passed from when I entered the holding cell until the conclusion of the first beating but it could not have been more than a few minutes.

I was then recuffed and "shackled" with "leg irons", strapped to some kind of chair and taken to another holding cell for perhaps a minute or two. I was then wheeled back into the first holding cell (see: SHU camera footage) (Note: This is again abnormal, and not normal procedure.) and released from the chair. I was told to get on my knees while facing the wall. Suddenly I was smashed into

⑨

the wall with tremendous force with a riot shield. The force of the blow knocked the wind out of me. smashed between the riot shield and the wall an officer to my left and my right began delivering punches to my sides. I was then strapped back into the chair and taken to B-Range on the second floor of SHU, where I was placed in "four point" restraints, which is a concrete slab with four eyelets embedded into the concrete slab at it's four corners. (Note: Someone had covered the camera inside this cell with toilet paper, so that no activity inside the cell could be monitored).

Every two hours a Lieutenant and multiple officers would enter the cell with the riot shield. Sometimes an officer would walk on the shield placed over my body (which would cause me great pain because I had sustained what I later

(10)

found to be a fractured rib - see: Medical records, X-Ray 6-23-20). Other times multiple officers would beat my thigh, stomach and rib area, and still others the abuse would not be physical but rather psycological - I was made by Lieutenant Haney to sing the "Thong song" by Sisco, and forced to recite the pledg of ligance - Not once was I hit in my face, which was an obvious attempt to mask their assault.

The restraints wich were originally secured by Lieutenant Haney to the concrete was later re-adjusted in a much more restrictive position by placing a cuff on my wrist then weaving it through the eyelet and then securing the other end of the cuffs to my wrist again so that both sides of the handcuffs were secured to a single wrist. The shackles on my ankles were re-adjusted (BY Lieutenant LaFave) by wrapping the chains around

(11)

the eyelet and then securing them
to my ankles, which gave virtually
no movement to the restricted party.
Lieutenant LaFave did this because he
said I "looked too comfortable".

During one of the two hour checks
while in great pain, I asked the
present staff members why they
would do ~~this~~ to a person, and
told them, the first chance I got
I was going to contact the
office of Inspector General and
report their nefarious activity, which
I did in a letter sent certified mail,
tracking # 7019 2280 0000 6059 8733.
The response - "our word is gosple,
no one will believe you, you're just a
fucking criminal".

For approximately 21 hours I stayed
in a prone position, arms above my
head. The pain and discomfort I
felt is nearly indescribable.
I had to hold my urine and
feces for 21 hours because I refused
to urinate and defecate on myself

(12)

When I informed staff I needed to use the bathroom they laughed and told me - "let it Flow" -

Finally after 21 hours in pain and with no sleep Lieutenant Parsons freed me from said "four point" restraints. I could not lift my arms, and up and to today (July 5, 2020) my right arm is numb; I am experiencing a decrease in range of motion, motor dexterity in my right hand, decreased strength, and pain. (Medical has still not seen me regarding this issue) (See: Attached request to medical)

(Note: BOP policy was violated in multiple major ways; (1) use of force was used against me, and I was allegedly being placed in ambulatory restraints while in the holding cell. Policy tells us that such events are to be video recorded to prevent the exact actions of assault I now claim against staff. (2) "four point" restraints are only to be used when an inmate is completely out of control and is a

(13)

danger to himself and others, and is only to be used until an inmate becomes managable, and is not to be used as punishment, - I exhibited no such uncontrollable behavior. The "four point" restraints were used solely as a means of torture against my person. (3) The restraints used on an inmate in "four point" restraints are suppose to be hard plastic "zip tie" style "soft" restraints, not iron cuffs and leg irons.)

It was the goal of staff to exert maximum discomfort against me, showing complete disregard for policy and common human decency.

The aformentioned events were relayed truthfully and to the best of my knowledge, and it is the sincere hope of claimant that justice will shine a light on the dispicable treatment of a human being.

Respectfully submitted,

Date: 7-5-20

Anthony Harrell
#08722-028

Anthony Harrell
# 08722-028
P.O. Box 305
Jonesville, VA 24263

LEGAL



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

7020 0640 0001 0530 4466




U.S. POSTAGE PAID
FCM LG ENV
JONESVILLE, VA
24263
JUL 07, 20
AMOUNT
**$0.00**
R2305K138595-22

UNITED STATES
POSTAL SERVICE®

1000        24011

erk.) U.S. District Court
lo. Franklin Road, SW
                Suite 540
Roanoke, VA  24011